**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00226-CV**

_____

**IN RE GUARDIAN ANGEL SERVICE DOGS, INC., NOW KNOWN AS SERVICE DOGS BY WARREN RETRIEVERS, INC.**

**Original Proceeding**

**ORDER**

Guardian Angel Service Dogs, Inc., now known as Service Dogs by Warren Retrievers, Inc., filed a petition for writ of mandamus. The relator is the defendant in Cause No. A-192,645, *Ryan McLeod and Tara McLeod v. Guardian Angel Service Dogs.* Relator seeks a writ compelling the Honorable Bob Wortham, Judge of the 58th District Court, to vacate its order of January 13, 2013, and enforce a contractual forum selection clause. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West 2004).

1

Relator alleges that prejudice will result if discovery and other proceedings occur before the issues raised in the petition for writ of mandamus can be resolved.

The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that all further proceedings in Cause No. A-192,645 are STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relator as a condition to any relief herein granted.

The response of the real parties in interest, Ryan McLeod and Tara McLeod, is due May 24, 2013, at 5:00 p.m.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED May 14, 2013.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.